WHITFORD v. GASKILL

No. 399PA95

Case below: 119 N.C.App. 790

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1995.

PETITION TO REHEAR

ISENHOUR v. UNIVERSAL UNDERWRITERS INS. CO.

No. 47PA94

Case below: 341 N.C.597

Petition by defendant to rehear pursuant to Rule 31 denied 2 November 1995.